THIRD DEPARTMENT, AUGUST, 1979

(August 9, 1979)*

■ ROBERT S. STEWART, Respondent, v STATE FARM MUTUAL AUTOMO-BILE INSURANCE COMPANY, Appellant, et al., Defendant.—Motion for reargument granted, without costs, and upon reargument, we adhere to our original decision. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.

* Not reported with other decisions of August 9, 1979, 71 AD2d 964. [Rep.